1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   MIGUEL MARIO LAM,                    1:08-cv-01747-LJO-BAK-GSA (HC)

12          Petitioner,                   ORDER GRANTING RESPONDENT'S
                                          FIRST MOTION FOR EXTENSION OF
13        vs.                             TIME TO FILE ANSWER TO PETITION

14   J. D. HARTLEY, Warden,               (Doc. 11)

15          Respondent.

16   _____/

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On May 28, 2009, respondent filed a motion to extend time to file an answer to

19   the petition for writ of habeas corpus.  (Doc. 11).  As grounds therefor, Respondent cites delays

20   in receiving documents from the state courts that are necessary to the preparation of a response.

21   Good cause having been presented to the court and GOOD CAUSE APPEARING

22   THEREFOR, IT IS HEREBY ORDERED that:

23          Respondent's motion for extension of time (Doc. 11), is GRANTED.  Respondent is

24   granted thirty (30) days from the date of service of this order  in which to file an answer to the

25   petition.

26

27

28          IT IS SO ORDERED.

        Dated:   **June 9, 2009**          **/s/ Gary S. Austin**

1       UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28